GERITH REALTY CORPORATION, Appellant, Impleaded with Others, *v.* NORMANDIE NATIONAL SECURITIES CORPORATION et al., Defendants, and LOUIS BACHMANN et al., Respondents.

(Argued January 8, 1935; decided January 22, 1935.)

526

*Edward Siegel* for appellant.

*Samuel Miller* and *Murray James* for Percy W. Green, Attorney-General of the State of Delaware, *ex rel.* Eva Heymann *et al., amicus curiæ.*

*Milton P. Kupfer, Hiram C. Todd, E. Raymond Shepard, Eli S. Silberfeld* and *Abram M. Frumberg* for Louis Bachmann et al., respondents.

*Henry Epstein* for Benjamin Lissberger, respondent.

*James F. Donnelly* for John David, respondent.

*J. Alvin Van Bergh* for Oscar F. Grab, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.